# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-CR-0003 (7) |
| VERSUS | JUDGE DONALD E WALTER |
| KAGAN WEAVER | MAGISTRATE JUDGE HORNSBY |

## ORDER

This matter was referred to United States Magistrate Judge Mark L. Hornsby for report and recommendation. The Court concludes that the Report and Recommendation of the magistrate judge is correct, and therefore adopts the conclusions set forth therein.

Accordingly, the guilty plea of the defendant, KAGAN WEAVER, is ACCEPTED in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS ORDERED** that KAGAN WEAVER is finally adjudged guilty of the offense charged in Count Two of the Superseding Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 13th day of June, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE